Decided January 7, 2009

MARK BANKS *v.* COMMISSIONER OF CORRECTION

The petitioner Mark Banks' petition for certification for appeal from the Appellate Court, 111 Conn. App. 902 (AC 28635), is denied.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided January 7, 2009

MARK E. PICTON *v.* ALISON G. PICTON

The plaintiff's petition for certification for appeal from the Appellate Court, 111 Conn. App. 143 (AC 28688), is denied.

*William C. Franklin*, in support of the petition.

*Judith Dixon*, in opposition.